# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0755. IN THE INTEREST OF B. H. et al., CHILDREN.**

In this dependency action, the children's guardian ad litem filed a motion to have the mother's attorney disqualified. On October 13, 2022, the trial court granted the motion. In the same order, the trial court denied the request for a certificate of immediate review. The attorney filed this direct appeal on December 13, 2022. We lack jurisdiction for two reasons.

First, it is well established that an order disqualifying counsel is an interlocutory order. See *Cherry v. Coast House, Ltd.*, 257 Ga. 403, 404 (2) (359 SE2d 904) (1987); *Settendown Pub. Utility, LLC v. Waterscape Utility, LLC*, 324 Ga. App. 652, 657-658 (751 SE2d 463) (2013). Accordingly, in order to appeal, the attorney was required to follow the interlocutory appeal procedure in OCGA § 5-6-34 (b), which includes obtaining a certificate of immediate review. Here, the trial court declined to issue the certificate, and we will not interfere with the trial court's discretion in this regard. See *Scruggs v. Georgia Dept. of Human Resources*, 261 Ga. 587, 588 (1) (408 SE2d 103) (1991).

Second, the appeal is untimely. A notice of appeal must be filed within 30 days of entry of the judgment sought to be appealed. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer appellate jurisdiction on an appellate court." *Perlman v. Perlman*, 318 Ga. App. 731, 739 (4) (734 SE2d 560) (2012) (citation and punctuation omitted). Here, the attorney's notice of appeal was filed 61 days after entry of the disqualification order.

For these reasons, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   01/10/2023*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*